**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1210**

In re:  MUSTAFA MUHAMMAD,

Petitioner.

On Petition for Writ of Mandamus.
(3:14-cr-00055-REP-DJN-1;  3:16-cv-00798-REP-DJN)

Submitted:  September 11, 2019                    Decided:  September 19, 2019

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Mustafa Muhammad, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mustafa Muhammad petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Muhammad's motion on July 19, 2019. Accordingly, because the district court has recently decided Muhammad's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*